IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No.  91-CR-147-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD DEAN AUSTIN,

    Defendant.

_____

ORDER
_____

    The Court has reviewed Defendant's Motion For Relief/Motion for Early Termination Of Special Probation . . . , and the Probation Department's recommendation which includes an advisement that Defendant was statutorily ineligible for early termination of probation when he filed his motion.  After careful consideration of the motion, the seriousness of the crime, Defendant's apparent lack of remorse, the huge amount of restitution still owing, and after examining the thoughtful and detailed recommendations by the Senior Probation Officer and Supervising Probation Officer in Colorado and the California Probation Officer, it is

ORDERED that Defendant's Motion For Relief/Motion for Early Termination Of Special Probation . . . , filed September 26, 2005, is denied.

DATED at Denver, Colorado, this __18__ day of January, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court